**Exhibit A to the Complaint**

**Location:** Orlando, FL  
**Total Works Infringed:** 28  
**IP Address:** 67.174.11.137  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5AE06657B0A1262628E416B5D64EAC7FB92CE5AF<br>File Hash: FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 11-02-2021 00:24:00 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 2 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash: 3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 11-02-2021 00:23:25 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 3 | Info Hash: 2FE39DF8781D43017B7FB8AC8C075450D2905953<br>File Hash: 1CCBC4D087B8FDA6170A39A4B2695E889057090CF7054FF3FE8488859B277DC5 | 11-02-2021 00:13:31 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 4 | Info Hash: 9B645986ADEE685FB7741461FB2C10C8B081F060<br>File Hash: 342B0030C0F755D574EB5B0F0A70360C6965325FED7D1031433B9B7125A46668 | 08-20-2021 01:26:19 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 5 | Info Hash: E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 08-20-2021 00:55:36 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 6 | Info Hash: 90507DF41D2C7F705CAE037A37895F8CFABF09AD<br>File Hash: 05E7FF07E4A68ADA232209B14B519F44321B77B4CAA32A9F8ADFFDE63E342899 | 08-19-2021 04:25:31 | Tushy | 12-12-2017 | 01-04-2018 | PA0002069349 |
| 7 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-18-2021 01:25:04 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 8 | Info Hash: 41B0235D1BFC0821806275E650E024915820E402<br>File Hash: 405ABE5CB469E85B27758E34167AD75D028FDE4C6178E200CD77F5345D2B3856 | 07-29-2021 23:30:49 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151<br>File Hash: 676290861BE41F9B9E155BE4CD5FA5F962A2EC3A25716EEF37B233070A387197 | 07-29-2021 23:24:02 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 10 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-18-2021 16:05:23 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 11 | Info Hash: 608B59A89D7D28AFD56B76DFB27B3AB58E47D299<br>File Hash: 20232571BD16DC356323687A03B4D3A01CC2BCF553BC2EBBF55A2B01D0C9BB88 | 06-15-2021 18:46:04 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 12 | Info Hash: 1940389DD190E3E89884ABAE58002D280B2358FA<br>File Hash: DD2A11014024B8D5CDB437658A970C63D70A2B7EF7FF2727EEA9CD7A5D3621CE | 06-03-2021 22:48:08 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 13 | Info Hash: 5BB8F4FF0AB77627BFC16F4EB53CDD1DC363C75D<br>File Hash: 909D08A0BDB26BD520629B59795AB097F4ACDEB4A03208F7193BB04766B6A4CF | 06-03-2021 12:35:22 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 14 | Info Hash: 4616D69E04F07B21BCA9188B66E83F0DFAE0D068<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 05-26-2021 16:07:25 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 15 | Info Hash: 14D84D644BC4B139F5EE9A1D1A5A0CFDE42E0D30<br>File Hash: 3BF0EBDD3FE9527013E451BA82B5F8F0B2895A4E2E23F0225DE0BD59D6829505 | 04-29-2021 14:04:19 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 16 | Info Hash: 846B05E2B96675A7BC351F8EBDDDCC4803764E6C<br>File Hash: 95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 04-29-2021 13:56:38 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 17 | Info Hash: B2D1BBB6FE9A273FB1E361FC982D0757F001250A<br>File Hash: A6E0B94C9614A3B3A7757C71DE16C9C3D961030583F7C8285DAD170A0F0C431B | 04-23-2021 20:08:08 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 765B069DC655D5838D123342C11E3984CD595AAE<br>File Hash: 79B689F583677CF586EC837D4824DF62F33902715507B2A8A9FCC35051CD6B17 | 03-14-2021 17:00:37 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 19 | Info Hash: 05060BDE36F9397AB023AD369BC9F9718E584065<br>File Hash: 88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 02-18-2021 14:59:57 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 20 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 02-12-2021 19:04:47 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 21 | Info Hash: F4F000869EAD4AC415C8727A9AB80114C375445F<br>File Hash: FF921DCB5CC8AFF525DC9F2A93277E3CEC169612E43B1E6B995EFCF448C9F945 | 02-12-2021 05:41:45 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 22 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 12-09-2020 13:52:26 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 23 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 12-09-2020 13:31:42 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 24 | Info Hash: 97244A3C0DB8980FA784CC21EC09AE9D0F85720B<br>File Hash: 94A80EE103830E84493A04D619A35359CA0987C52688B46859780E6C250FA2CB | 11-06-2020 03:27:47 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 25 | Info Hash: DFF1D77797C41F60EBB9A50A416E4E23207F0AF9<br>File Hash: E4BE58FC2ADA23AC75FA4EA3AFAE676AB154F95FCD2F0C175148DCB0E19EA602 | 09-11-2020 18:17:07 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 26 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 09-11-2020 15:23:03 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash: BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 09-11-2020 15:22:17 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 28 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 09-11-2020 15:21:48 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |